Matter of Roberts (2025 NY Slip Op 01374)

Matter of Roberts

2025 NY Slip Op 01374

Decided on March 12, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 12, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
MARK C. DILLON
BETSY BARROS
FRANCESCA E. CONNOLLY
ROBERT J. MILLER, JJ.

2016-10219 ON

[*1]In the Matter of Richard A. Roberts, a suspended attorney. (Attorney Registration No. 1941988)

DECISION & ORDER
Motion by Richard A. Roberts for reinstatement to the Bar as an attorney and counselor-at-law. Roberts was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on July 11, 1984. By opinion and order of this Court dated August 29, 2018, Roberts was suspended from the practice of law for a period of two years effective September 28, 2018 (see Matter of Roberts, 164 AD3d 200). By decision and order on motion of this Court dated February 16, 2022, Roberts's motion for reinstatement was held in abeyance and the matter was referred to a Committee on Character and Fitness to investigate and report on his character and fitness to practice law.
Upon the papers filed in support of the motion and the papers filed in relation thereto, and upon the report of the Committee on Character and Fitness and the exhibits annexed thereto, it is
ORDERED that the motion is granted; and it is further,
ORDERED that, effective immediately, Richard A. Roberts is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Richard A. Roberts to the roll of attorneys and counselors-at-law.
LASALLE, DILLON, BARROS, CONNOLLY, and MILLER, JJ., concur.
ENTER: Darrell M. Joseph Clerk of the Court